■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFTON A. PHILLIPS, Appellant. [655 NYS2d 739] —Case held, decision reserved and matter remitted to Onondaga County Court for further proceedings in accordance with the following Memorandum: During the suppression hearing, defendant twice requested that County Court conduct a *Darden* inquiry because the arresting officers had no information establishing probable cause other than that provided by an informer *(see, People v Darden,* 34 NY2d 177, *rearg denied* 34 NY2d 995). Because there is "insufficient evidence to establish probable cause apart from the testimony of the arresting officer as to communications received from [the] informer" *(People v Darden, supra,* at 181), the court erred in denying defendant's request for a *Darden* hearing *(see, People v Adrion,* 82 NY2d 628, 633-634). Thus, we hold the case, reserve decision and remit the matter to Onondaga County Court to conduct a *Darden* hearing. (Appeal from Judgment of Onondaga County Court, Cunningham, J.— Criminal Possession Controlled Substance, 5th Degree.) Present—Green, J. P., Lawton, Callahan, Boehm and Fallon, JJ.